

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2012

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-4060

    Re:    *United States* v. *Wegelin & Co. et al.*, S1 12 Cr. 02 (JSR)

Dear Judge Freeman:

    Earlier today, the grand jury returned a superseding indictment under seal in *United States* v. *Wegelin & Co. et al.*, S1 12 Cr. 02 (JSR). At this time, the Government respectfully requests that the Court unseal the superseding indictment.

    Very truly yours,

    PREET BHARARA
    United States Attorney

    By: _____
    Daniel W. Levy/David B. Massey
    Jason Cowley
    Assistant United States Attorneys
    Telephone: (212) 637-1062/2283/2479

SO ORDERED: 2/2/12

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/12