~~March 31, 2020~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Urs Frei,
Michael Berlinka,
Roger Keller,

        Defendant(s).

---------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S3 12 Cr. 02 (JSR)

Defendant Michael Berlinka hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- _X_    Initial Appearance/Appointment of Counsel

- _X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___    Preliminary Hearing on Felony Complaint

- _X_    Bail/Revocation/Detention Hearing

- ___    Status and/or Scheduling Conference

- _X_    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defense Counsel's Signature

Michael A. Levy
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/1/20
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~