IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) </br> ) |
| v. | ) </br> ) </br> ) S3 12 Cr. 02 (JSR) |
| MICHAEL BERLINKA, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## [PROPOSED] ORDER LIFTING TRAVEL RESTRICTION

WHEREAS, on November 19, 2021, the Court sentenced Defendant Michael Berlinka ("Defendant") to two years' probation and to pay a fine of $30,000, Dkt. 67 at 2, 5;

WHEREAS, the Court ordered that Defendant's travel be restricted to Switzerland and the United States until he pays his fine in full, Dkt. 67 at 4;

WHEREAS, Defendant has paid the $30,000 fine in full as of January 30, 2022;

**IT IS HEREBY ORDERED** that Defendant's travel restriction is lifted.

SO ORDERED:

_____
The Honorable Jed S. Rakoff
United States District Judge

Dated: March 9, 2022