# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) S3 12 Cr. 02 (JSR) |
| | ) |
| MICHAEL BERLINKA, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER TERMINATING PROBATION

WHEREAS, on November 19, 2021, the Court sentenced Defendant Michael Berlinka ("Defendant") to two years' probation and to pay a fine of $30,000, Dkt. 67 at 2, 5;

WHEREAS, the Court ordered that Defendant be subject to a two-year probationary term in order to allow Defendant to pay the fine in full, Dkt. 72 at 19-20, 37;

WHEREAS, Defendant has paid the $30,000 fine in full as of January 30, 2022;

WHEREAS, on March 4, 2022, the Court issued an order noting that Mr. Berlinka had fully satisfied the payment of his fine, and lifting Mr. Berlinka's travel restrictions, Dkt. 75;

**IT IS HEREBY ORDERED** that Defendant's probation is terminated.

SO ORDERED:

_____
The Honorable Jed S. Rakoff
United States District Judge

Dated: ~~November~~ December 14, 2022